UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 0 2016

David J. Bradley, Clerk

| | |
|---|---|
| Miranda D. Oyler )<br>)<br>Plaintiff )<br>) CIVIL ACTION NO.7:16-cv-00107<br>)<br>v. )<br>)<br>CUSTOMS AND BORDER PROTECTION, )<br>FOIA DIVISION, AND U.S. BORDER )<br>PATROL )  DATE: June 16, 2016<br>Defendants )<br>) | |

## MOTION FOR CONTINUANCE

COMES NOW Plaintiff, Miranda D. Oyler, hereby respectfully moves the Court for a continuance of the pretrial hearing scheduled for June 21, 2016 at 9:00 am.

## MEMORANDUM IN SUPPORT

1. Plaintiff is currently in the State of Alabama to attend the trial of two men charged with the murder of her 17-year-old nephew.

2. Circumstances of the trial's delay could not have been foreseen. At this time the plaintiff is not scheduled to return to her home in Edinburg, Texas until Wednesday June 22, 2016.

3. The U.S. Attorney's Office has been contacted and is unopposed to this request.

4. This continuance is not sought solely for delay.

Miranda D. Oyler v. Customs and Border Protection 1

I appologize in the filing delay of this motion. We didn't anticipate being in Alabama this long. I have been trying to complete the motion for several days, but unfortunately I did not have the tools necessary to complete the motion until today.

Thank you for any assistance you may be able to provide.

